JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARCELO, ) | NOS. CV 06-03705 CAS (SS) & |
| ) | CV 08-01328 CAS (SS) |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| JAMES D. HARTLEY, Acting Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: August 26, 2008

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE